# United States District Court

| **SOUTHERN** | DISTRICT OF | **TEXAS** |
| --- | --- | --- |

## McALLEN DIVISION

| UNITED STATES OF AMERICA | | **CRIMINAL COMPLAINT** |
| --- | --- | --- |
| **V.** | | |

**Glenda Marisol Valencia-Marin**   *Principal*

YOB:   1976   El Salvador

Case Number:

**M-18-2171-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 22, 2018** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
(*Track Statutory Language of Offense*)

**knowing or in reckless disregard of the fact that Carolina Yaneth Diaz-Guevara, a citizen of El Salvador, and Rene Xavier Munguia-Martinez, a citizen of Honduras, along with twenty-one (21) other undocumented aliens, for a total of twenty-three (23), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempted to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to-wit: a residence located in Edinburg, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)** **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On October 13, 2018, Border Patrol Agents received information of a suspected stash house used to harbor undocumented aliens located at 16511 Citrus Road in Edinburg, Texas.**

**SEE ATTACHMENT**

Continued on the attached sheet and made a part of this complaint: [X] Yes   [ ] No

Approved LAURA GARCIA

Signature of Complainant

Nicolas Cantu Jr.   Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

October 23, 2018   2:16 p.m.
Date

Juan F. Alanis   , U. S. Magistrate Judge
Name and Title of Judicial Officer

at   McAllen, Texas
City and State

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-18-2171 -M

RE:  **Glenda Marisol Valencia-Marin**

**CONTINUATION:**

On October 16, 2018, Agents conducted surveillance on the suspected stash house when they observed a female subject, later identified as Glenda Marisol Valencia-Marin, depart the house in a white Kia.

On October 22, 2018, Agents continued surveilling the suspected stash house when they observed the white Kia depart. At this time, Hidalgo County Constables Office (HCCO) was contacted to assist with a vehicle stop. HCCO Deputies conducted a traffic stop on the white Kia for having a defective tail lamp. Agents approached the vehicle and identified themselves. The driver, identified herself as Valencia, claimed to be a citizen of El Salvador and lacked the proper documentation to be present in the United States. Valencia was questioned as to her suspected involvement in human smuggling to which Valencia admitted to harboring approximately ten (10) illegal aliens at her residence. At this time, Valencia was read her Miranda Rights and was placed under arrest. Valencia gave agents consent to search her residence and provided a key.

A female passenger was identified as Carolina Yaneth Diaz-Guevara, a citizen of El Salvador. Diaz was determined to be illegally present in the United States.

Agents along with HCCO Deputies proceeded to the suspected stash house and discovered Rene Xavier Munguia-Martinez along with twenty-one (21) subjects. All subjects were determined to be illegally present in the United States.

All subjects were transported to the McAllen Border Patrol Station to be processed accordingly.

**PRINCIPAL STATEMENT:**
Glenda Marisol Valencia-Marin was read her Miranda Rights. She understood and agreed to provide a sworn statement.

Valencia stated she has been renting the house for the past month. Valencia claims she was going to pay $900 USD in rent. Valencia claims she was hired to harbor illegal aliens and was going to receive $300 USD every so often. Valencia admitted to also transporting aliens to other places and providing food to the aliens.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-18- 2171 -M

**RE:** **Glenda Marisol Valencia-Marin**

**CONTINUATION:**

**MATERIAL WITNESSES STATEMENTS:**
Carolina Yaneth Diaz-Guevara and Rene Xavier Munguia-Martinez were read their Miranda Rights. Both understood and agreed to provide a sworn statement.

Diaz, a citizen of El Salvador, stated her family made the smuggling arrangements and paid $4,000 USD upfront. After crossing the river, Diaz claims she was picked up and eventually transported to the house where she was harbored at. At the house, Diaz claims a female subject that goes by "Glenda" received her and wrote her name in a notebook. Diaz stated that Glenda also took her cellphone away and showed her where she was going to sleep.

Diaz identified Valencia, through a photo lineup, as the caretaker of the house.

Munguia, a citizen of Honduras, stated he made the smuggling arrangements and was to pay $8,000 USD. Munguia stated he crossed along with four other subjects and they were eventually picked up and transported to a shopping center. At the center, Munguia claims a female subject driving a white Kia picked them up and transported them to the house where he was later arrested. After arriving to the house, Munguia stated the female subject wrote his name in a ledger and took his cell phone away.

Munguia identified Valencia, through a photo lineup, as the female subject who transported him to the house and took his cell phone away.